**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **It'Sugar LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-2138344** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**4960 Conference Way N**
**Ste 100**
**Boca Raton, FL 33431**
Number, Street, City, State & ZIP Code

**Palm Beach**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.itsugar.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor   **It'Sugar LLC**

Name

Case number (*if known*)

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
**4452**

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **It'Sugar FL I LLC** | | Relationship | **Affiliate** | |
| District | **Southern District of Florida** | When | **9/22/20** | Case number, if known | **20-20259** |

Debtor    **It'Sugar LLC**
Name
Case number (*if known*)

| Debtor | **It'Sugar LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

�■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

�■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

�■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **It'Sugar LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 22, 2020**
MM / DD / YYYY

**X** **/s/ Anton Gladnikov**                                          **Anton Gladnikov**
Signature of authorized representative of debtor          Printed name

Title   **CFO**

---

**18. Signature of attorney**

**X** **/s/ Michael S. Budwick**                          Date   **September 22, 2020**
Signature of attorney for debtor                                           MM / DD / YYYY

**Michael S. Budwick 938777**
Printed name

**Meland Budwick, P.A.**
Firm name

**200 South Biscayne Boulevard
Suite 3200
Miami, FL 33131**
Number, Street, City, State & ZIP Code

Contact phone   **(305) 358-6363**        Email address   **mbudwick@melandbudwick.com**

**938777 FL**
Bar number and State

### WRITTEN CONSENT OF THE BOARD OF MANAGERS OF IT'SUGAR LLC

The undersigned, constituting all members of the board of managers (the "*Board*") of IT'SUGAR LLC, a Delaware limited liability company (the "*Company*"), do hereby agree that when the undersigned have signed this Written Consent, the resolutions set forth below shall be deemed to have been adopted to the same extent and to have the same force and effect as though adopted at a meeting of the Board, duly called and held for the purpose of acting upon proposals to adopt such resolutions and approve the same, effective as of September 22, 2020. Each of the undersigned does hereby waive all formal requirements, including the necessity of holding a formal or informal meeting, and any requirements that notice of such meeting be given.

**WHEREAS**, the Company is financially insolvent and is considering the reorganization of the Company's business, including, without limitation, a sale of all or substantially all of its assets, a wind down of its operations, and/or seeking relief under the provisions of Title 11 of the United States Code in connection with the reorganization of the Company's business (collectively, the "*Company Restructuring*"); and

**WHEREAS**, based on the foregoing, the Board believes that it is advisable and in the best interests of the Company to participate in and consummate the Company Restructuring.

### NOW, THEREFORE, IT IS HEREBY:

**RESOLVED**, that Anton Gladikov, Chief Financial Officer ("*CFO*"), is authorized to retain Algon Capital, LLC d/b/a Algon Group ("*Algon*") to provide the Company with financial advisory services, and in connection therewith, retain Troy Taylor of Algon as Chief Restructuring Officer ("*CRO*") of the Company, and to execute and deliver any agreements, instruments, or other documents in connection with the retention of Algon and Troy Taylor;

**FURTHER RESOLVED**, that both Anton Gladnikov and Troy Taylor once retained as CRO (the "*Authorized Persons*") are each authorized to negotiate, execute and deliver any agreements, instruments, or other documents (the "*Company Restructuring Documents*") in connection with the Company Restructuring and any agreements contemplated thereby (including any amendments to any of the foregoing) in the name of and on behalf of the Company or its affiliate and to determine the final terms of the Company Restructuring, with such determination to be conclusively evidenced by either Authorized Person's execution and delivery of the Company Restructuring Documents and any agreements contemplated thereby (including any amendments to any of the foregoing); and it is

**FURTHER RESOLVED**, that the Company shall engage Meland Budwick, P.A. ("*MB*") as bankruptcy counsel to the Company to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith; and it is

**FURTHER RESOLVED**, that the Authorized Persons are each hereby authorized, empowered and directed on behalf of and in the name of the Company to negotiate, enter into or deliver any agreements, documents, instruments or certificates which may be necessary or desirable to carry out fully the intent and accomplish the purposes of the foregoing resolutions,

including without limitation (i) the Company Restructuring Documents and (ii) the appropriate retention agreements with MB; and it is

**FURTHER RESOLVED**, that the Authorized Persons are each authorized to execute and deliver all such further agreements, documents, instruments or certificates (including amendments to any agreement, document, instrument or certificate approved in the foregoing resolutions), pay such expenses and do and perform such other acts and things as may be necessary or desirable to carry out fully the intent and accomplish the purposes of the foregoing resolutions; and it is

**FURTHER RESOLVED**, that the Authorized Persons each are authorized and directed to establish the Company's bank account(s) with any FSLIC/FDIC insured institution and to execute such documents, including corporate banking resolutions, as may be required in connection therewith. The Authorized Persons shall have the right to designate a representative or representatives of the Company to execute checks on any such Company bank account. Further, that the Authorized Persons are each authorized to file a Statement of Authority with the Florida Department of State to confirm this resolution; and it is

**FURTHER RESOLVED**, that subject to the Bankruptcy Code, and otherwise applicable law, the Authorized Persons shall each have all of the right, power and authority to manage and direct the business and affairs of the Company including the orderly winding down of operations and to do any and all acts on behalf and in the name of the Company that are necessary or convenient to or in furtherance of any decisions within the scope of his authority and any and all actions that are related or incidental to the accomplishment of such actions, all without the consent of any other person, including but not limited to the following: (i) the determination and implementation of an overall strategy in the Chapter 11 Case; (ii) the direction and administration of the Chapter 11 Case and the hiring and direction of the Company's professionals in connection therewith, (iii) the operation and management of the Company at all times during the pendency of the Chapter 11 Case, (iv) the development and adoption of any plan of reorganization or plan of liquidation for the Company, (v) the day-to-day responsibilities of the Company at all times during the pendency of the Chapter 11 Case; (vi) any process to market and sell the Company's assets; (vii) the borrowing of funds from, and provision of guaranties to, and the undertaking of related financing transactions, including the use of cash collateral, with such lenders and on such terms as may be reasonably necessary for the continuing conduct of the affairs of the Company and the paying of related fees and granting of security interests in and liens upon some, all or substantially all of the Company's assets, as may be deemed necessary by either or both of the Authorized Persons in connection with such borrowings; (viii) making any other decisions or performing any other such acts consistent with operating the Company in the Chapter 11 Case and prosecuting the Chapter 11 Case to a successful conclusion; (ix) any and all action necessary or convenient to or in furtherance of any of the foregoing; and (x) any and all actions related or incidental to the accomplishment of any of the foregoing, in each case without the consent of any other person or entity; and it is

**FURTHER RESOLVED**, that the Authorized Persons each are hereby authorized, empowered and directed on behalf and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case; and it is

**FURTHER RESOLVED**, that the Authorized Persons each are hereby authorized and empowered on behalf and in the name of the Company, if in the best interests of the Company, to retain an investment banker to represent and assist the Company in securing a purchaser of substantially all of its assets pursuant to Section 363 of the Bankruptcy Code or pursuant to a Chapter 11 plan, in order for the Company to achieve the maximum value for such assets for the benefit of the Company's creditors and other interested parties; and it is

**FURTHER RESOLVED**, that the Company as debtor and debtor-in-possession under Chapter 11 of the Bankruptcy Code be, and it hereby is, authorized to enter into a debtor-in-possession financing facility and in connection therewith, to grant any guarantees, pledges, mortgages, and other security instruments containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary by either or both the Authorized Persons; and it is

**FURTHER RESOLVED**, that the Authorized Persons each are hereby authorized to employ, at such time as it becomes necessary, an accounting firm with experience in bankruptcy and the hospitality sector, in order to facilitate the Company's compliance with the requirements of Chapter 11 of the Bankruptcy Code and the guidelines of the United States Trustee's Office for the Southern District of Florida; and it is

**FURTHER RESOLVED**, that the Authorized Persons each are hereby authorized, empowered and directed on behalf and in the name of the Company to employ any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Persons each are hereby authorized, empowered and directed on behalf and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the Chapter 11 Case and cause to be filed appropriate applications with the Bankruptcy Court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper; and it is

**FURTHER RESOLVED**, that the Authorized Persons each are hereby authorized, empowered and directed on behalf and in the name of the Company, once a Chapter 11 bankruptcy petition is filed on behalf of the Company, to seek use of cash collateral pursuant to section 363(c) of the Bankruptcy Code; and it is

**FURTHER RESOLVED**, that the Authorized Person each are hereby authorized, empowered and directed on behalf and in the name of the Company to obtain post-petition financing according to terms which may be negotiated by the management of the Company, including under debtor-in-possession credit facilities or the use of cash collateral; and to enter into any guaranties and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreement; and in connection therewith, the Authorized Persons each are hereby authorized, empowered and directed on behalf and in the name of the Company to execute appropriate loan agreements, cash collateral agreements and related ancillary documents; and it is

**FURTHER RESOLVED**, that the Authorized Persons each are hereby authorized, empowered and directed on behalf of and in the name of the Company to seek the highest and best value for the assets of the Company, including but not limited to (a) marketing the Company, its business and its assets, (b) identifying appropriate third party purchasers, strategic and financial, (c) negotiating the terms and conditions of, and entering into one or more appropriate letters of intent, term sheets, or purchase and sale agreements in respect of the assets of the Company or a chapter 11 plan, (d) obtaining any orders, consents or approvals of the Bankruptcy Court and other third parties necessary or appropriate to carry out the transactions contemplated by such agreements or documents, and (e) taking any other actions reasonably necessary in connection therewith; and it is

**FURTHER RESOLVED**, that the Authorized Persons each are hereby authorized, empowered and directed on behalf and in the name of the Company to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by either or both of the Authorized Persons to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful Chapter 11 Case; and it is

**FURTHER RESOLVED**, that any acts of the Authorized Persons, which acts would have been authorized by the foregoing resolutions except that such acts were taken prior to the adoption of such resolutions, are hereby severally ratified, confirmed, approved, and adopted as the acts of the Company.

**FURTHER RESOLVED**, that a facsimile or other electronically scanned copy of this consent shall be deemed an original and any person may rely upon a facsimile or other electronically scanned copy of this consent in determining the validity of the actions taken by the sole member hereunder.

**IN WITNESS WHEREOF**, the undersigned has executed this Written Consent as of the 22nd day of September, 2020.

**Board of Managers**

_____
Jeffrey Rubin

_____
Anton Gladnikov

**Fill in this information to identify the case:**

Debtor name    **It'Sugar LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 22, 2020**     X **/s/ Anton Gladnikov**
                                         Signature of individual signing on behalf of debtor

                                         **Anton Gladnikov**
                                         Printed name

                                         **CFO**
                                         Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **It'Sugar LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1185 Gotham L.L.C. c/o Malkin Properties, L.L.C. 60 East 42nd Street New York, NY 10165 | | Rent-lease obligation re store: Upper East Side  NY  - 1054 | | | | $376,488.01 |
| 210 Muni, LLC 430 West Broadway, Third Floor New York, NY 10012 | | Rent-lease obligation re store: Brooklyn Heights Plaza  - 1059 | | | | $118,135.81 |
| Anchorage Holdings, L.P. c/o CBRE Global Investors, 800 Boylston Street Ste 2800 Boston, MA 02199 | | Rent-lease obligation re store: Fisherman's Wharf  - 1025 | | | | $125,108.15 |
| Bayside Marketplace, LLC 2681 Solution Center Chicago, IL 60677 | | Rent-lease obligation re store: Bayside - 1108 | | | | $118,680.00 |
| Chelsea Orlando Development LP General Counsel, c/o Chelsea Prop. Group 105 Eisenhower Parkway Roseland, NJ 07068 | | Rent-lease obligation re store: Orlando  - 1012 | | | | $148,576.11 |
| Gart Properties LLC 229 Milwaukee St Ste 500 Denver, CO 80206 | | Rent-lease obligation re store: Denver Pavilions  - 1076 | | | | $129,228.25 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **It'Sugar LLC**_____    Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Grand Canal Shops II, LLC Attention: General Counsel 110 N. Wacker Drive Chicago, IL 60606** | | **Rent-lease obligation re store: Venetian - 1024** | | | | **$458,238.36** |
| **Jack's Candy 905 Murray Rd East Hanover, NJ 07936** | | **Trade debt** | | | | **$294,722.59** |
| **Jemal's Chinatown II, LLC c/o Lincoln Property Company 950 F Street Washington, DC 20004** | | **Rent-lease obligation re store: 7th St Washington DC - 1040** | | | | **$202,474.70** |
| **JGB Vegas Retail Lessee, LLC General Manager, c/o Grand Bazaar Shops 3635 Las Vegas Blvd S Las Vegas, NV 89109** | | **Rent-lease obligation re store: Grand Bazaar - 1103** | | | | **$502,973.28** |
| **Jones Lang LaSalle Americas, Inc. Attention: President and CEO, Retail 3344 Peachtree Road NE Atlanta, GA 30326** | | **Rent-lease obligation re store: Baltimore Harbor - 1018** | | | | **$170,152.43** |
| **KRG Enterprises, Inc. 9901 Blue Grass Road Philadelphia, PA 19114** | | **Trade debt** | | | | **$180,025.62** |
| **Law Firm of Ricki S. Friedman PLLC Attn: Ricki S. Friedman, Esq. 1 Huckleberry Lane Ste 1 Huckleberry Lane Hewlett Harbor, NY 11557** | | **Rent-lease obligation re store: Mall of America - 1084** | | | | **$144,275.20** |
| **Nassau Candy 530 W John St Hicksville, NY 11801** | | **Trade debt** | | | | **$650,292.55** |

Debtor  **It'Sugar LLC**                                                Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Orlando Outlet Owner LLC Lease Services c/o Simon Property Group 105 Eisenhower Parkway 1 FL Roseland, NJ 07068** | | **Rent-lease obligation re store: Orlando International - 1032** | | | | **$152,067.07** |
| **Quiet Waters Busisns Park, LLC c/o Grubb & Ellis Management Services, I 8200 NW 33rd Street Ste 107 Doral, FL 33122** | | **Rent-lease obligation re store: Deerfield Beach - 1000** | | | | **$127,272.00** |
| **Sunrise Mills (MLP) Limited Partnership c/o M.S. Management Associates Inc., 225 West Washington St Indianapolis, IN 46204-3438** | | **Rent-lease obligation re store: Sawgrass II - 1106** | | | | **$121,321.17** |
| **Universal CityWalk Sr. VP, CityWalk and Sponsorship 100 Universal City Plaza #5511, 6 Floor Universal City, CA 91608** | | **Rent-lease obligation re store: Universal - 1004** | | | | **$316,491.22** |
| **VF Mall LLC Attn: Legal Dep c/o Westfield, LLC 11601 Wilshire Boulevard 11 FL Los Angeles, CA 90025** | | **Rent-lease obligation re store: Valley Fair - 1019** | | | | **$122,354.80** |
| **W2001ZI15 CPW Retail Sub, LLC 770 Lexington Avenue 4th FL New York, NY 10021** | | **Rent-lease obligation re store: Upper West Side - 1028** | | | | **$121,871.23** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

117 Duval, LLC
7820 Peters Rd., Suite E-104
Plantation, FL 33324

1185 Gotham L.L.C.
c/o Malkin Properties, L.L.C.
60 East 42nd Street
New York, NY 10165

1515 N. Halsted, LLC
c/o Bucksbaum Retail Properties
71 S. Wacker Drive
Ste 2130
Chicago, IL 60606

210 Muni, LLC
430 West Broadway, Third Floor
New York, NY 10012

A Safe Keeping Self Storage CMCH, Inc.
1025 Beach Drive
Cape May, NJ 08234

A&G Realty Partners, LLC
445 Broadhollow Rd
Ste 410
Attn: Andy Graiser
Melville, NY 11797

Aah's Enterprises, Inc. dba Aah's Graphi
6600 Telegraph Road
Commerce, CA 90040

About Face Designs
1510 Old Deerfield Rd
Ste 211
Highland Park, IL 60035

Akerman Senterfitt LLP
666 Fifth Avenue
19 FL
New York, NY 10103

Alabama Dept of Revenue
50 N Ripley St
Montgomery, AL 36130

Albanese Confectionary Group, Inc.
PO Box 71885
Chicago, IL 60694-1885


Ameriworks Solutions LLC
2787 S Evergreen Cir
Boyton Beach, FL 33426


Anastasia Confections Inc.
1815 Cypress Lake Dr
Orlando, FL 32837


Anchorage Holdings, L.P.
c/o CBRE Global Investors,
800 Boylston Street
Ste 2800
Boston, MA 02199


Ansell Grimm & Aaron, P.C.
Attn: Jason S. Klein, Esq.
1500 Lawrence Avenue
Ocean, NJ 07712


Archytecx Design and Architecture PLLC
1 Tiffany Place
Apt 3A
Brooklyn, NY 11231


Arizona Dept of Revenue
1600 West Monroe St
Phoenix, AZ 85007


Arnall Golden Gregory, LLP
Attn: Abe J. Schear, Esq.
171 17th Street, Suite 2100
Ste 2100
Atlanta, GA 30363


Arundel Mills Limited Partnership
c/o M.S. Management Associates Inc.,
225 West Washington Street
Indianapolis, IN 46204-3438

Ashkenazy Acquisition Corp.
Attention: General Counsel,
150 East 58th Street
39 FL
New York, NY 10155


Astor Chocolate Corporation
651 New Hampshire Ave
Lakewood, NJ 08701


Atlantic Moving And Storage
2549 W Broward Blvd
Fort Lauderdale, FL 33312


Avalara, Inc.
225 S King St
Ste 1800
Seattle, WA 98104


Avanti Press
PO Box 67000
Detroit, MI 48267-2104


Aventura Mall Venture
Legal Dept, c/o Turnberry Aventura Mall
19501 Biscayne Boulevard, Suite 400
Aventura, FL 33180


AvidXchange, Inc.
PO Box 36862
Charlotte, NC 28236


B.A. Sweetie Candy Company Inc
6770 Brookpark Road
Cleveland, OH 44129-1225


Baker Donelson
420 20th Street North
Ste 1400
Birmingham, AL 35213


Bank Direct Capital Finance
150 North Field Drive
Ste 190
Lake Forest, IL 60045

Barefoot Landing Commercial, LLC
Attn: Lease Administration
P.O. Box 7577
Myrtle Beach, SC 29572


Basic Fun, Inc.
301 Yamato Road
Ste 2112
Boca Raton, FL 33431


Basic Promotions II, Inc.
4848 NW 97 Drive
Coral Springs, FL 33076


Bay Street Emeryville
Attention: General Manager,
5616 Bay Street
Emeryville, CA 94608


Baybrook Mall GGP MGMT Office
500 Baybrook Mall
Friendswood, TX 77546


Bayside Marketplace, LLC
2681 Solution Center
Chicago, IL 60677


BBMK Contracting, LLC
6400 Park Of Commerce Blvd
Ste 1B
Boca Raton, FL 33487


Blue Q
103 Hawthorne Ave
Pittsfield, MA 01201


Boston America
55 Sixth Road
Ste 8
Woburn, MA 01801


Brink's Incorporated
PO Box 101031
Atlanta, GA 30392-1031

BROADWAY AT THE BEACH, INC.
Attention: General Manager,
1325 Celebrity Circle
Myrtle Beach, SC 29577


Broadway Mercer Associates
351 East 83rd Street
New York, NY 10028


C2 Imaging LLC
4537 Solution Center
Chicago, IL 60677-4005


California Dept of Revenue
250 S 2nd St
San Jose, CA 95113


CandyRific, LLC
PO Box 638952
Cincinnati, OH 45263-8953


Chelsea Orlando Development LP
General Counsel, c/o Chelsea Prop. Group
105 Eisenhower Parkway
Roseland, NJ 07068


Christmas Light Decorators
PO Box 21141
Mesa, AZ 85277


Colorado Dept of Revenue
1375 Sherman St
Denver, CO 80261


Colorado Mills Mall Limited Partnership
c/o M.S. Management Associates Inc.,
225 West Washington St
Indianapolis, IN 46204-3438


Commercial Fire Inc.
2465 St. Johns Bluff Rd S
Jacksonville, FL 32246

Connecticut Dept of Revenue
450 Columbus Blvd
Ste 1
Hartford, CT 06103


Continuum Games, Inc.
221 S. Franklin Rd
Bldg C, Ste 780
Indianapolis, IN 46219


Contract Datascan, LP
2941 Trade Center Dr
Ste 100
Carrollton, TX 75007


Cookie Do, Inc.
51 Schermerhorn St
Unit 1L
Brooklyn, NY 11201


Cooper House LLC
c/o Jay Paul Company
350 California Street
Ste 1905
San Francisco, CA 94104-1432


CPG Tinton Falls Urban Renewal, LLC
Attn: Lease Administration
105 Eisenhower Parkway
Roseland, NJ 07068


Crazy Aaron Enterprises
700 E Main St
Norristown, PA 19401


Crystal Temptations
67 Porete Avenue
North Arlington, NJ 07031


Daspin & Aument, LLP
227 West Monroe Street
Ste 3500
Chicago, IL 60606

Design Master Assoc
3005 John Deere Road
Toano, VA 23618


Destin Commons, c/o Berkadia Comm. Mortg
PO Box 865292
Orlando, FL 32886


Dickinson Wright
1850 North Central Avenue
Ste 1400
Phoenix, AZ 85004


District of Columbia DOR
1101 4th SW
Ste 270
Washington, DC 20024


Diversified Licensing Group
750 Kappock St
# 105
Bronx, NY 10463


DM Merchandising, Inc.
835 N. Church Court
Elmhurst, IL 60126


Domain Retail Property Owner, LP c/o End
Attn: General Manager
500 West 5th Street
Ste 700
Austin, TX 78701


Downtown At The Gardens Associates, Ltd.
c/o Downtown Gardens Mgmt Company LLC
5410 Edson Lane
Ste 220
Rockville, MD 20852


Downtown Delray Holdings, LLC
9634 LaBelle Court
Delray Beach, FL 33446

Easton Town Center II, LLC
Lease Admin, c/o Steiner RE Services
4016 Townsfair Way
Ste 201
Columbus, OH 43219


Ecolab Inc.
PO Box 100512
Pasadena, CA 91189-0512


Eklecco Newo LLC
The Clinton Exchange,
Four Clinbton Square
Syracuse, NY 13202-1078


Empire A/C LLC
22521 Sea Bass Dr
Boca Raton, FL 33428


Ephemera Inc.
PO Box 490
Phoenix, OR 97535-0490


Faggert & Frieden, P.C.
222 Central Park Avenue
Ste 1300
Virginia Beach, VA 23462


FAO Schwarz
Attn: General Counsel
15 Cushing
Irvine, CA 92618


Fashion Outlets at Foxwoods, LLC
Legal Dept, c/o Tanger Properties LLC
3200 Northline Avenue
Ste 360
Greensboro, NC 27408


Fedex
PO Box 660481
Dallas, TX 75266-0481


FEDEX (4970-6136-9)
PO Box 660481
Dallas, TX 75266-0481

Flex Beauty Labs LLC
7512 Dr Phillips Blvd
Ste 50-232
Orlando, FL 32819


Florida Dept of Revenue
5050 W Tennessee St
Tallahassee, FL 32399


Frank Recruitment Group
aka Nigel Frank International
110 Williams St
New York, NY 10038


Frankford Candy LLC
9300 Ashton Road
Phildelphia, PA 19114


Fred & Friends
Dept. Ch 17745
Palatine, IL 60055-7745


Fun Sweets, LLC.
3301 Electronics Way
Ste E
W Palm Beach, FL 33407


G&J Holdings, LLC
135 Lundquist Ave
Braintree, MA 02184


Gadge USA, Inc.
3000 Marcus Ave
Ste 3 E 03
Lake Success, NY 11042


Galerie
3380 Langley Drive
Hebron, KY 41048


Garda CL Southeast Inc.
3209 Momentum Place
Chicago, IL 60689-5332

Gart Properties LLC
229 Milwaukee St
Ste 500
Denver, CO 80206


Georgia Dept of Revenue
1800 Century Blvd NE
Atlanta, GA 30345


GGB Candies
2600 Summer Blvd
Ste 112
Raleigh, NC 27616


GGB of Raleigh LLC
2600 Sumner Blvd
Ste 112
Raleigh, NC 27616


Goulston & Storrs PC
Attn: WS-Legacy Place
400 Atlantic Avenue
Boston, MA 02110-3333


Grand Canal Shops II, LLC
Attention: General Counsel
110 N. Wacker Drive
Chicago, IL 60606


Grapevine Mills Mall Ltd Partnertship
c/o M.S. Management Associates
225 West Washington Street
Indianapolis, IN 46204-3438


Great Number One, LLC
13506 Summerport Village Pkwy
Ste #233
Windermere, FL 34786


Great Scot International Inc
8041 Arrowridge Blvd
UNIT I
Charlotte, NC 28273

Guest Supply
300 Davidson Ave
Somerset, NJ 08873


Hanna Design Group Inc
650 E Algonquin Rd
Ste 405
Schaumburg, IL 60173


Hartman, Simons & Wood LLP
6400 Powers Ferry Road, NW Suite 400
Atlanta, GA 30339


Headline
827 Valencia St
San Francisco, CA 94110


Highwoods Properties, Inc.
4706 Broadway
Ste 260
Kansas City, MO 64112


Hoffman's Commercial Group
5190 Lake Worth Road
Greenacres, FL 33463


Hotlix Candy
PO Box 447
Grover Beach, CA 93483


Hott Products - imports only
20700 Dearborn St
Chatsworth, CA 91311


Hott Products Unlimited
20700 Dearborn St
Chatsworth, CA 91311


HPC Gaslamp Square, LLC
c/o HP Inventors,
9404 Genesee Avenue
Ste 330
La Jolla, CA 92037

Idaho Dept of Revenue
PO BOX 36
Bosie, ID 83722-0410


Illinois Dept of Revenue
101 W Jefferson St
Springfield, IL 62702


IMI Huntsville LLC
PO Box 742117
Atlanta, GA 30374-2117


Indianola Pecan House, Inc.
PO Box 367
Indianola, MS 38751


Intelligence Communications Systems LLC
64 South State St
Hackensack, NJ 07601


Interior Development & Design
5100 N Dixie Hwy
Fort Lauderdale, FL 33334


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Island Dogs, LLC
11407 Cronhill Drive
Ste F
Owings Mills, MD 21117


J.Q. Nova, LLC
502 N. Eau Claire Ave
Madison, WI 53705


Jack's Candy
905 Murray Rd
East Hanover, NJ 07936


Jelly Belly Candy Company
PO Box 742799
Los Angeles, CA 90074-2799

Jemal's Chinatown II, LLC
c/o Lincoln Property Company
950 F Street
Washington, DC 20004


JGB Vegas Retail Lessee, LLC
General Manager, c/o Grand Bazaar Shops
3635 Las Vegas Blvd S
Las Vegas, NV 89109


John Cappadoccia
9651 Captiva Circle
Boynton Beach, FL 33437


Jones Lang LaSalle Americas, Inc.
Attention: President and CEO, Retail
3344 Peachtree Road NE
Atlanta, GA 30326


Jones Lang LaSalle, Americas, Inc.
Attention: President and CEO, Retail,
3344 Peachtree Road NE, Suite 1200
Atlanta, GA 30326


KellyToy USA Inc
4811 S. Alameda St
Los Angeles, CA 90058


Kidrobot, LLC
1505 Pearl St
Ste 106
Boulder, CO 80302


Kids Focus/Namo Entertainment
16380 Roscoe Blvd
MOA Ste 120
Van Nuys, CA 91406


Kierland Crossing, LLC
Attn: General Counsel
180 East Broad St
21 FL
Columbus, OH 43215

Kimmie Candy Company
405 Edison Way
Reno, NV 89502


Knock Knock
1635-B Electric Ave.
Venice, CA 90291


Koppers Chocolate, LLC
45 Jackson St
Cranford, NJ 07016


KRG Enterprises, Inc.
9901 Blue Grass Road
Philadelphia, PA 19114


KRG Parkside II, LLC
VP of Prop. Operations,Kite Realty Group
30 South Meridian
Ste 1100
Indianapolis, IN 46204


KRG/Atlantic Delray Beach, LLC
VP of Property Ops c/o Kite Realty Group
30 South Meridian
Ste 1100
Indianapolis, IN 46204


L&M, LLC
Attn: Leo Chiakouris
54 North Market Street
Charleston, SC 29401


Las Olas Confections and Snacks LLC
1815 Cypress Lake Dr
Orlando, FL 32837


Law Firm of Ricki S. Friedman PLLC
Attn: Ricki S. Friedman, Esq.
1 Huckleberry Lane
Ste 1 Huckleberry Lane
Hewlett Harbor, NY 11557


Level 10
PO Box 88496
Chicago, IL 60680-1496

Liberty Center LLC
c/o Bayer Properties, Attn:Gen Counsel
2222 Arlington Avenue
Birmingham, AL 35205


Liberty Coca-Cola Beverages Llc
PO Box 780810
Philadelphia, PA 19178-0810


Liberty Distribution Company LLC
290 E El Prado Court
Chandler, AZ 85225


License 2 play
99 Park Avenue
New York, NY 10016


Loomis Armored US, LLC
2500 City West Blvd
Ste 2300
Houston, TX 77042


Loomis Armored US, LLC
2500 Cityest Blvd
Ste 900
Houston, TX 77042-9000


Louisiana Dept of Revenue
617 North Third Street
Baton Rouge, LA 70802


Lseven Inc.
2830 W State Road 84
Ste 104
Fort Lauderdale, FL 33312


Mall at Gurnee Mills, LLC
c/o M.S. Management Associates Inc.,
225 West Washington Street
Indianapolis, IN 46204-3438


Mall at Katy Mills, L.P.
c/o M.S. Management Associates Inc.
225 West Washington Street
Indianapolis, IN 46204-3438

Market Street Retail South, LLC
1330 Boylston Street
Ste 212
Chestnut Hill, MA 02467


Markham & Stein Unlimited LLC
2424 S Dixie Highway
Miami, FL 33133


Maryland Dept of Revenue
310 W Preston Street
Room 206
Baltimore, MD 21201-2384


Massachusetts Dept of Revenue
200 Arlington St
Chelsea, MA 02150


Master Toys & Novelties, Inc.
2355 E 37 St
Los Angeles, CA 90058


Maud Borup Inc
2500 Hwy 88 Ste 210
Minneapolis, MN 55418


MCA Promenade Owner LLC
c/o Hill Partners, Inc.
2201 South Boulevard
Ste 400
Charlotte, NC 28203


Melville Candy Corp
70 Finnell Dr
Unit 16
Weymouth, MA 02188


Miami 26, LLC
c/o Goldman Properties
2214 NW 1st Place
2 FL
Miami, FL 33127


Michigan Dept of Revenue
430 W Allegan St
Lansing, MI 48922

Minnesota Dept of Revenue
600 Robert St N
Saint Paul, MN 55101


Missouri Dept of Revenue
301 W Hight St
Jefferson City, MO 65101


Mizner Park
327 Plaza Real, Suite 355
Boca Raton, FL 33432


MMA Securities LLC
610 W Garmantown Pike
Ste 350
Plymouth Meeting, PA 19462


Morinaga America Inc
18552 Macarthur Blvd
Ste 360
Irvine, CA 92612


MV Rolling Oaks Retail, LLC
Attn: Manager of Retail Leasing
One Town Center Road
Ste 600
Boca Raton, FL 33486


Nassau Candy
530 W John St
Hicksville, NY 11801


Navy Pier, Inc.
Attn: President/CEO and General Counsel
600 East Grand Avenue
Chicago, IL 60611


Nest International
550 Cresent Blvd
Ste 5
Gloucester City, NJ 08030


Nevada Dept of Revenue
555 E. Washington Ave
Suite 1300
Las Vegas, NV 89101

New Jersey Dept of Revenue
125 W State St
Trenton, NJ 08608


New Orleans Dept of Revenue
617 North Third Street
Baton Rouge, LA 70802


New York Dept of Revenue
Po Box 61000
Albany, NY 12261-0001


North Carolina Dept of Revenue
501 N Wilmington St
Raleigh, NC 27604


Ohio Dept of Revenue
4485 Northland Ridge Blvd
Columbus, OH 43229


Opry Mills Mall Limited Partnership
c/o M.S. Management Associates Inc.,
225 West Washington Street
Indianapolis, IN 46204-3438


Orlando Outlet Owner LLC
Lease Services c/o Simon Property Group
105 Eisenhower Parkway
1 FL
Roseland, NJ 07068


Paul Bundonis
1347 N Ocean Blvd
Pompano Beach, FL 33062


Pez Candy, Inc.
PO Box 30087
New York, NY 10087-0087


Phoenix Premium Outlets, LLC
Lease Services, c/o Simon Property Group
105 Eisenhower Parkway, 1st Floor
1 FL
Roseland, NJ 07068

Pier at Caesars LLC
Karen Worman, Regional VP Finance
2100 Pacific Avenue
Atlantic City, NJ 08401


Play Visions, Inc.
19180 144 Ave NE
Woodinville, WA 98072


Plaza Bonita, LP
Attn: Legal Dept, c/o Westfield, LLC
11601 Wilshire Blvd
11 FL
Los Angeles, CA 90025


Pop Sockets LLC
3033 Sterling Circle
Boulder, CO 80301


Project Service LLC
300 Sub Way
Milford, CT 06461


Promenade Enterprises, L.P.
127 Esparta Way
Santa Monica, CA 90402


Pyramid Management Group, LLC
The Clinton Exchange,
4 Clinton Square
Syracuse, NY 13202-1078


Quiet Waters Busisns Park, LLC
c/o Grubb & Ellis Management Services, I
8200 NW 33rd Street
Ste 107
Doral, FL 33122


Raindrops Enterprise, LLC
1801 NE 123Rd St
Ste 313
North Miami, FL 33181


Rexel Capitol Light
PO Box 418453
Boston, MA 02241-8453

```
Richard  C Whitaker
55 N. Frog Pond Rd.
Lexington, IN 47138


Riverwalk Marketplace (New Orleans), LLC
Gen Counsel, c/o The Howard Hughes Corp
13355 Noel Road
1 Galleria Tower
Dallas, TX 75240


Sandblast by Creative Concepts, Inc
1500 Georgia Road
Ste A
Irondale, AL 35210


Sean Sager Creative
5051 S Santa Fe Ave
Los Angeles, CA 90058


Sentinel Systems LLC
38 Windbeam Lane
Ringwood, NJ 07456


Set & Stage Creative
5051 S Santa Fe Ave
BUilding B
Los Angeles, CA 90058


SFDS LLC
239 Java Street
Brooklyn, NY 11222


SHL Holdings, Inc.
401 E Las Olas Blvd
Ste 800
Fort Lauderdale, FL 33301


Shops At Sunset Mall Owner, LLC
c/o M.S. Management Associates Inc.,
225 West Washington St
Indianapolis, IN 46204-3438


Singer Coney, LLC
c/o Thor Equities, LLC,
25 West 39 St
New York, NY 10018
```

So Carolina Dept of Revenue
1452 W Evans St
Ste 100
Florence, SC 29501


SOCM I, LLC
130 Yantis
Ste 200
Aliso Viejo, CA 92656


SolarWinds
PO Box 730720
Dallas, TX 75373-0720


South Carolina Dept of Revenue
3713 Renee Dr
Myrtle Beach, SC 29579


South Carolina Dept of Revenue
1452 W Evans St
Ste 100
Florence, SC 29501


Southpoint Mall, LLC
c/o The Streets at Southpoint,
350 N. Orleans St
Ste 300
Chicago, IL 60606-1607


Spin Master, Inc.
300 International Dr
Williamsville, NY 14221


Squire Boone Village, Inc.
PO Box 711
New Albany, IN 47151-0711


SRMF Town Square Owner LLC c/o Fairbourn
Attn: George Manojlovic
1 East Wacker Drive
#2900
Chicago, IL 60601

Stonedog Studios
17 Bannard St
#12
Freehold, NJ 07728


Street Retail, Inc.
c/o Federal Realty Investment Trust,
1626 East Jefferson St
Rockville, MD 20852-4041


Stretched Politics LLC
2845 S Imperial St
Salt Lake City, UT 84106


Summerlin Center, LLC
Gen Counsel, c/o The Howard Hughes Corp
13355 Noel Road
1 Galleria Tower
Dallas, TX 75240


Sundance East Partners, L.P.
Attn: Property Manager,
201 Main Street
Ste 700
Fort Worth, TX 76102


Sunrise Mills (MLP) Limited Partnership
c/o M.S. Management Associates Inc.,
225 West Washington St
Indianapolis, IN 46204-3438


Super Impulse Usa LLC
10 Canal Street
Ste 330
Bristol, PA 19007


Sweets Indeed, LLC
1032 E Edna Place
Covina, CA 91724


Tanger National Harbor, LLC
Legal Dept, c/o Tanger Properties LP
3200 Northline Avenue
Ste 360
Greensboro, NC 27408

Tanger Outlets Deer Park, LLC
Attn: Legal Admin., c/o Tanger Outlets
3200 Northline Ave
Ste 360
Greensboro, NC 27408

Tanger Properties Limited Partnership
(Lockbox #414225) MA5-527-02-07
2 Morrissey Blvd
Dorchester, MA 02125

Tarcor, Inc
167 Bentoak Cres
Thornhill
Ontario L4J8S6
CANADA

Taste of Nature, Inc
2828 Donald Douglas Loop N
Ste A
Santa Monica, CA 90405

Taubman Auburn Hills Associates LP
200 East Long Lake Road
Bloomfield Hills, MI 48303-0200

Tennessee Dept of Revenue
500 Deaderick St
Nashville, TN 37242

Texas Dept of Revenue
PO Box 13528
Capital Station
Austin, TX 78711-3528

TGI Office Automation, LLC
PO Box 41602
Philadelphia, PA 19101-1602

The Cannery Row Company, L.P.
555 Abrego Street,
Monterey, CA 93940

The Irvine Company LLC
Attention: Accounting Department,
101 Innovation
Irvine, CA 92617


The Orb Factory Ltd
350 Wiconisco St
Millersburg, PA 17061


The South Bend Chocolate Co Inc
3300 West Sample St
South Bend, IN 46619


The Weeks Lerman Group LLC
58-38 Page Place
Maspeth, NY 11378


Thumbs Up (UK) Limited
Braintree Road
Ruislip HA4 0EJ
ENGLAND


Tokidoki, LLC
5655 W Adams Blvd
Los Angeles, CA 90016


Trade Fixtures
32857 Collection Center Dr
Chicago, IL 60693-0328


Trau & Loevner Operating Co Inc
858 Braddock Ave
Braddock, PA 15104


Triangle Sign & Service LLC
PO Box 24186
Baltimore, MD 21227


TY Inc.
PO Box 5934
Chicago, IL 60680

UCC Distributing, Inc.
2580 Pioneer Ave
#A
Vista, CA 92081


Universal CityWalk
Sr. VP, CityWalk and Sponsorship
100 Universal City Plaza
#5511, 6 Floor
Universal City, CA 91608


Ut Brands LLC
85 Enterprise
Ste 310
Aliso Viejo, CA 92656


Utah Dept of Revenue
210 North 1950
Master File
West Salt Lake City, UT 84134


Variety Distributions Inc.
609 7 St
Harlan, IA 51537


Vestar DRM-OPCO, LLC
Attn: President c/o Vestar Development
2425 East Camelback Rd
Ste 750
Phoenix, AZ 85016


VF Mall LLC
Attn: Legal Dep c/o Westfield, LLC
11601 Wilshire Boulevard
11 FL
Los Angeles, CA 90025


Victoria Gardens Mall, LLC
Attn: Associate General Counsel, Leasing
600 Superior Avenue East
Ste 1500
Cleveland, OH 44114


Victory Retail I, L.P.,
Attn: Property Manager
3030 Olive Street, Suite 210
Dallas, TX 75219

Virginia Dept of Revenue
PO Box 1115
Richmond, VA 23218-1115


W2001ZI15 CPW Retail Sub, LLC
770 Lexington Avenue
4th FL
New York, NY 10021


Walker Venice Properties, LLC
5417 Godbey Drive
La Canada, CA 91011


Washingtonian Lake L.L.C.
General Counsel, c/o The Peterson Compan
12500 Fair Lakes Cir
Ste 400
Fairfax, VA 22033


Watchitude LLC
24A Joyce Klimer Ave N
New Brunswick, NJ 08901


Whiskey River Soap Co
434 Mill Race Rd
Granville, OH 43023


Wisconsin Dept of Revenue
2135 Rimrock Rd
Madison, WI 53713


Wonderlic Inc.
3401 Salterbeck Ct
Ste 201
Mount Pleasant, SC 29466


YAM Westgate
c/o YAM Properties, LLC
15750 N. Northsight Blvd.
Scottsdale, AZ 85260


Yesco
PO Box 11676
Tacoma, WA 98411-6676

Yesco Signs LLC
10235 Bellegrave Avenue
Mira Loma, CA 91752


Ziffity Solutions Pvt Limited
184-187 Th Floor Block1
Unit #1 Temple Steps
Chennal
TAMLI NADAU


It'Sugar Atlantic City LLC
4960 Conference Way N
Ste 100
Boca Raton, FL 33431


It'Sugar FLGC LLC
4960 Conference Way N
Ste 100
Boca Raton, FL 33431


It'Sugar Holdings, LLC
401 E Las Olas Blvd
Ste 800
Fort Lauderdale, FL 33301


JR Holdings, Inc.
3155 SW 10 St
Ste A
Deerfield Beach, FL 33442