UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM DIVISION
www.flsb.uscourts.gov

In re:

                                                    Chapter 11

IT'SUGAR LLC,                                       Case No. 20-20261-MAM
IT'SUGAR ATLANTIC CITY LLC,                         Case No. 20-20263-MAM
IT'SUGAR FLGC LLC,                                  Case No. 20-20264-MAM
                                                    (Joint Administration *pending* with)
            Debtors.                                Case No. 20-20259-RAM)
_____/

**EMERGENCY *EX PARTE* MOTION TO TRANSFER CASE**
**TO THE HONORABLE ROBERT A. MARK**

It'Sugar LLC, It'Sugar Atlantic City LLC, and It'Sugar FLGC LLC (the "***Debtors***"), by
and through undersigned counsel, pursuant to Fed. R. Bankr. P. 1015(b) and 1073 and Local Rules
1015(1)(B), 1073-1 and 9075-1, file this Emergency *Ex Parte* Motion to Transfer Case to the
Honorable Robert A. Mark ("***Motion***"). In support of this Motion, the Debtors state as follows:

**JURISDICTION**

1.      This Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157(b) and
1334. This is a core proceeding under 28 U.S.C. § 157(b). Venue of the Motion is proper under 28
U.S.C. § 1408 and 1409.

**II.      BACKGROUND**

2.      On September 22, 2020 (the "***Petition Date***"), the Debtors filed voluntary petitions
for relief under Chapter 11 of the Bankruptcy Code, along with affiliates:

      a)      IT'SUGAR FL I LLC, Case No. 20-20259-RAM;
      b)      IT'SUGAR LLC, Case No. 20-20261-MAM;
      c)      IT'SUGAR ATLANTIC CITY LLC, Case No. 20-20263-MAM; and
      d)      IT'SUGAR FLGC LLC, Case No. 20-20264-MAM.

3.      The Debtors and affiliates operate as a single business and are known throughout the industry as It'Sugar. It'Sugar is a specialty candy retailer whose products include bulk candy, candy in giant packaging, and licensed and novelty items. It'Sugar's portfolio includes approximately 100 retail locations across 28 states.

**Basis for Relief**

4.      Judicial assignment of bankruptcy cases in the Southern District of Florida is governed under Local Rule 1073-1 (Divisional and Judicial Assignment of Cases). Local Rule 1073-1(B)(3) states "[t]he judge to whom any case or proceeding is assigned may, at any time, reassign the case or proceeding to any other consenting judge in its entirety or for any limited purpose." *See* Local Rule 1073-1.

5.      Local Rule 1015-1, which governs joint administration and intra-district transfer of related cases to one judge, states that "[a] motion for . . . transfer . . . .shall be filed by the party seeking . . . transfer of related cases to one judge" and shall state "with particularity why . . . cases for which transfer is sought is or are related to a case or cases before the judge to whom transfer is requested. *See* Local Rule 1015-1 (emphasis supplied).

6.      Based on the above framework, the Debtors assert that it is proper for these cases to be transferred to Judge Robert A. Mark. First, the issues that will be addressed in the Debtors' cases will be related to and overlapping with those in its affiliates' bankruptcy cases. For example, a central issue in all cases will be the management of retail business operations. Second, there will likely be an overlap of creditors in the cases. Third, as a general matter, judicial economy, efficiency and uniformity of results will all be achieved if the cases are all before one Bankruptcy Judge.

MELAND | BUDWICK
3200 SOUTHEAST FINANCIAL CENTER | 200 SOUTH BISCAYNE BOULEVARD | MIAMI, FL 33131 | T 305-358-6363

7.      The Debtors are seeking joint administration of their bankruptcy proceedings.

**<u>Basis for Exigency</u>**

8.      For judicial economy and so that any first day motions/hearing can be set as soon as practicable, the relief requested herein is sought on an emergency basis.

**WHEREFORE**, the Debtors respectfully request entry of an Order, on an emergency *ex parte* basis, transferring this bankruptcy proceeding to the Honorable Robert A. Mark and granting such other and further relief this Court deems fair and equitable.

Dated: September 22, 2020.

<div style="margin-left:50%">

 s/ Michael S. Budwick
Michael S. Budwick, Esquire
Florida Bar No. 938777
mbudwick@melandbudwick.com
Joshua W. Dobin, Esquire
Florida Bar No. 93696
jdobin@melandbudwick.com
James C. Moon, Esquire
Florida Bar No. 938211
jmoon@melandbudwick.com
MELAND BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

*Proposed Attorneys for Debtors*

</div>

3